# Order

Michigan Supreme Court
Lansing, Michigan

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

146276

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 146276
COA: 310939
Monroe CC: 11-039043-FH

CRAIG DANIEL SZYMKOWIAK,
Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 22, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

Clerk

h0422